NO. 07-11-0459-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 4, 2012

_____

MICKEY PATTERSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-424,725; HONORABLE JIM BOB DARNELL, PRESIDING

_____

*Memorandum Opinion*

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Mickey Patterson was convicted of murder and sentenced to life imprisonment. Though he perfected an appeal, both his counsel and the attorney for the State represent that Patterson has died. So too do they jointly move to permanently abate the appeal under Texas Rule of Appellate Procedure 7.1(a)(2). Per the latter, "[i]f the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated." TEX. R. APP. P.

7.1(a)(2). Given the motion before us, appellant's death, and the fact that mandate has yet to issue from this court, we permanently abate the appeal.

It is so ordered.


Per Curiam

Do not publish.